AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

KARL HAFFENREFFER

V.

WILLIAM COLEMAN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 299 T

TO: (Name and address of Defendant)

William Coleman
40 Washington Road
Seaconnet Point Farm
Little Compton, RI 02837

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Daniel Prentiss, R. Daniel Prentiss, P.C., One Financial Plaza, Suite 1800, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

6/28/06

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 8 2006 |
| NAME OF SERVER *(PRINT)* DENNIS M. TABER CONSTABLE, STATE OF RI LICENSE #6148 | TITLE |

*Check one box below to indicate appropriate method of service*

- [X] Served personally upon the ~~third-party~~ defendant. Place where served: 40 Washington Rd Little Compton
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ______
- [ ] Returned unexecuted: ______
- [ ] Other (specify): PPS 00 AO

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 28.00 | 2 at Compton 75.00 | 103.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-8-06
Date

Signature of Server [signature]

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
Address of Server

FILED
2006 JUL 13 A 10:56
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.