UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Plaintiff Karl Haffenreffer moves for an order commanding the defendants to provide answers to the plaintiff's second set of interrogatories.

The Plaintiff initiated his discovery in this matter with a set of 11 interrogatories served August 11, 2006. Following the defendants' responses to those interrogatories, served September 29, 2006, the plaintiff propounded three additional interrogatories, which were served on the defendants on October 6, 2006. The defendants have failed to respond to these interrogatories. The plaintiff requires responses to these additional interrogatories in order to prepare for scheduled depositions.

For these reasons, the plaintiff requests that this Court order that the defendants provide answers to plaintiff's second set of interrogatories on or before December 4, 2006.

Respectfully submitted,

KARL HAFFENREFFER

By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 21st day of November, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/R. Daniel Prentiss