**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

## PLAINTIFF'S STATEMENT OF THE CASE

This civil action concerns the validity of a so-called "option" that relates to real property in Little Compton owned by the Estate of Carolyn B. Haffenreffer ("Estate"). The plaintiff is Karl Haffenreffer, an executor of the Estate, who brings the action on behalf of the Estate, pursuant to R I. Gen. Laws §33-18-17 (permitting a person interested in an estate to bring an action on behalf of the estate when the executor or administrator fails or refuses to take such action after notice).

The "option" is a letter written by David Haffenreffer, purportedly acting pursuant to his authority as attorney in fact for Carolyn B. Haffenreffer, dated November 1, 2002 (one year before Mrs. Haffenreffer's death), and countersigned by the defendants. David Haffenreffer and Karl Haffenreffer are Mrs. Haffenreffer's only children, and two of the three executors of the Estate. The letter purports to grant the defendants an option to purchase any parcel of Mrs. Haffenreffer's Little Compton real estate, "secondary to the rights of the rights of the extended Haffenreffer

family to purchase any such parcel or parcels," at a price to be set by appraisers.

The plaintiff asserts that the "option" is invalid on several grounds: it lacks consideration, it is based on an illusory promise, it is too vague to permit enforcement, and it was outside the authority conveyed to David Haffenreffer in Mrs. Haffenreffer's power of attorney. There are not specific "elements" to a cause of action seeking a declaration of the invalidity of the purported option agreement. Rather, the plaintiff's case will be to prove the lack of requisite elements (consideration, specificity, mutuality of obligation, and authority) to the enforceability of the alleged contract.

Respectfully submitted,

KARL HAFFENREFFER

By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 14th day of December, 2006, this document was hand-delivered to counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

s/R. Daniel Prentiss ________________