UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER, Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-0299/T |
| | ) | |
| WILLIAM COLEMAN and JANET COLEMAN, Defendants | ) | |

**DEFENDANTS' STATEMENT OF ELEMENTS OF CLAIMS**

In compliance with the pre-trial Order entered in this matter, defendants William Coleman and Janet Coleman hereby submit their statement of the elements which must be proved to sustain their claims. Defendants have no counterclaim herein, but the plaintiff's claim is that an option agreement defendants entered into in November of 2002 is void for lack of consideration. The agreement was between defendants and David H. Haffenreffer, plaintiff's brother, in his capacity as attorney in fact for Carolyn B. Haffenreffer, plaintiff's mother (now deceased). The agreement is an option to purchase certain real estate which was then owned by Mrs. Haffenreffer, and which is now owned by her estate. Defendants have rented the real estate for approximately 30 years with the expectation of being able to purchase it pursuant to the option. Defendants contend that there is no genuine issue regarding "consideration" for the option agreement for the following reasons:

(1) Prior to the execution of the option, defendants' option rights to real estate of the Haffenreffer family were somewhat ambiguous and uncertain in that they were based on letters and oral representations and assurances. The option agreement represented value-for-value exchange in that it made precise the defendants' option rights. This was a beneift for Mrs. Haffenreffer as well as for defendants; (2) defendants have acted in reliance on the option

agreement over the years such that principles of equitable estoppel would fill any alleged gap in legal consideration even if one existed.

/s/ William R. Landry
William R. Landry #2494
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

December 12, 2006

Attorneys for Defendants
William Coleman and Janet Coleman

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, as follows:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

/s/ William R. Landry

Cowi6D12.StmtElements.wpd