UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER, Plaintiff | ) | |
| v. | ) | C.A. No. 06-0299/T |
| WILLIAM COLEMAN and JANET COLEMAN, Defendants | ) | |

**OBJECTION TO MOTION TO DISQUALIFY COUNSEL**

Defendants, William Coleman and Janet Coleman, hereby object to plaintiff's Motion to Disqualify Counsel. This objection is also asserted directly by William R. Landry and Blish & Cavanagh LLP. The grounds for this objection shall be set forth in the Memorandum in Opposition to Motion to Disqualify Counsel to be submitted in connection herewith.

/s/ William R. Landry
William R. Landry #2494
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

December 29, 2006

Attorneys for Defendants
William Coleman and Janet Coleman

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, as follows:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

/s/ William R. Landry