UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER, Plaintiff | ) | |
| v. | ) | C.A. No. 06-0299/T |
| WILLIAM COLEMAN and JANET COLEMAN, Defendants | ) | |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISQUALIFY COUNSEL**

Defendants, William Coleman and Janet Coleman, and William R. Landry and Blish & Cavanagh LLP hereby move the Court for an enlargement of time to January 4, 207 to file their memorandum in opposition to plaintiff's Motion to Disqualify Counsel. Additional time is required to research and adequately present defendants' and their counsel's position. No unnecessary delay or inconvenience will likely result from this three (3) business day extension, as this matter is many months away from trial and several months away from the close of discovery.

/s/ William R. Landry
William R. Landry #2494
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

December 29, 2006

Attorneys for Defendants
William Coleman and Janet Coleman

CERTIFICATE OF SERVICE

______I hereby certify that on this 29th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, as follows:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

/s/ William R. Landry