CAROLYN B. HAFFENREFFER
Little Compton, RI 02837

November 1, 2002

Mr. & Mrs. William Coleman
104 Plain Road
Wayland, MA 01778

Dear Mr. & Mrs. Coleman:

In my capacity as attorney-in-fact for Carolyn B. Haffenreffer, owner of Seaconnet Farm, I write to formalize the "gentlemen's agreement" option that has informally existed between our families for years.

You are a long standing tenant at the farm so we would like to offer an option as set forth below.

For good and valuable consideration exchanged between us, the receipt and sufficiency of which is hereby acknowledged, we hereby agree as follows:

In the event of the death of Carolyn B. Haffenreffer, and the subsequent placing on the market for sale of any of the parcels of land, with or without buildings, at Seaconnet Farm, you are hereby granted an option to purchase a parcel or parcels of land together with all

buildings or improvements thereon situated subject to the following terms and conditions:

a) This Option is secondary to the rights of the extended Haffenreffer family to purchase any such parcel or parcels without regard to this Agreement or the option granted and without the necessity of written permission from you.

b) The Option price, to be paid by you, will be ~~not less than~~ the fair market value of the parcel to be sold, fair market value to be determined by the average of three appraisals by accredited local RE professionals, the cost to be shared equally.

NCC
SCC
CBH by DHH attorney in fact

c) This Option is subject to a mutually acceptable Purchase and Sales Agreement being executed between us within thirty (30) days of the date you receive written notice of your opportunity to exercise such option.

d) This Option supercedes and nullifies all prior agreements (except for your current lease) between us regarding the real estate at Seaconnet Farm.

e) This Option shall continue until the latter of three (3) months following the final probate of the Estate of Carolyn B. Haffenreffer or for a period of three (3) years from and after the date of death of Carolyn B. Haffenreffer will then expire and by its own terms become null, void, and of no further affect.

In the event that any attempt is made by you or anyone on your behalf to record this option in the Land Evidence Records of the Town of Little Compton, Rhode Island, then, and in that case, this "Option" shall immediately become null, void, and of no further affect.

If the terms of this Option are acceptable to you, please so acknowledge by executing a duplicate original of this letter and returning it to me within ten (10) days.

Your failure to return this option, within ten (10) days, executed as aforesaid, will in fact, be deemed to be

your rejection of this option, a full release of any rights you might have in the real estate at Seaconnet Farm upon expiration of your current lease, and all of our respective rights and obligations will thereby cease and be null and void.

Very truly yours,
Carolyn B. Haffenreffer
By her Attorney-in-Fact
Carolyn B. Haffenreffer By David Haffenreffer her attorney-in-fact
David Haffenreffer

We, William Coleman and Janet Coleman, do hereby acknowledge and agree to be bound by the terms of this Letter Agreement.

Nov. 9, 2002
Date

William C Coleman
William Coleman

11.9.02
Date

Janet E. Coleman
Janet Coleman

L/Coleman1029.optltr
3/102902/2