S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KARL HAFFENREFFER :
:
v. : C.A. No. 06-0299-T
:
WILLIAM COLEMAN and JANET COLEMAN :
:

**PRIVILEGE LOG**

| DATE | TYPE | FROM | TO (CCs in parens.) | PRIVIL-EGE(S) |
|---|---|---|---|---|
| 6/2/04 | Email | David Haffenreffer | Karl Haffenreffer, Paul Silver, Noel Field | Attorney-client |
| 2/13/04 | Memo | David I. Lough, Paul A. Silver, David J. Rubin, Noel M. Field, Jr. | David H. Haffenreffer, Karl Haffenreffer | Attorney-client |
| 7/9/04 | Email | David I. Lough | David Haffenreffer, Karl Haffenreffer (Paul A. Silver, David J. Rubin, Noel M. Field, Jr.) | Attorney-client |
| 7/12/04 | Email | Karl Haffenreffer | David Lough (David Haffenreffer, David Rubin, Noel Field, Jr., Paul Silver) | Attorney-client |
| 10/4/04 | Email | Karl Haffenreffer | David Haffenreffer (Noel Field, Noel Field, Jr., Paul Silver) | Attorney-client |
| 11/17/04 | Email | David I. Lough | David Haffenenreffer, Karl Haffenreffer, Noel Field, Jr. (Paul A. Silver, David J. Rubin) | Attorney-client |
| 11/17/04 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 11/17/04 | Email | Patricia P. Viveiros | Karl Haffenreffer | Attorney-client |
| 11/17/04 | Letter | Paul A. Silver | Mr. and Mrs. William Coleman (David H. Haffenreffer, Karl Haffenreffer, Noel M. Field, Jr.) | Attorney-client |
| 11/17/04 | Email | David I. Lough | Karl Haffenreffer | Attorney-client |
| 11/17/04 | Email | Karl Haffenreffer | David I. Lough | Attorney-client |
| 11/17/04 | Email | Karl Haffenreffer | David I. Lough | Attorney-client |

| | | | | |
|---|---|---|---|---|
| 11/10/04 | Email | David I. Lough | David Haffenreffer, Karl Haffenreffer, Noel Field, Jr. (David J. Rubin, Paul A. Silver) | Attorney-client |
| 11/10/04 | Letter | Paul A. Silver | Mr. and Mrs. William Coleman (David H. Haffenreffer, Karl Haffenreffer, Noel M. Field, Jr.) | Attorney-client |
| 11/10/04 | Email | Karl Haffenreffer | David I. Lough (David Haffenreffer, Noel Field, Jr., David J. Rubin, Paul A. Silver) | Attorney-client |
| 11/11/04 | Email | David Haffenreffer | David I. Lough, Karl Haffenreffer, Noel Field, Jr. (David J. Rubin, Paul A. Silver) | Attorney-client |
| 12/9/04 | Email | David I. Lough | David Haffenreffer, Karl Haffenreffer, Noel Field, Jr. (David J. Rubin, Paul A. Silver) | Attorney-client |
| 12/15/04 | Email | David I. Lough | Karl Haffenreffer | Attorney-client |
| 12/20/04 | Email | David I. Lough | David Haffenreffer, Karl Haffenreffer, Noel Field, Jr. (Paul A. Silver) | Attorney-client |
| 12/20/04 | Email | Karl Haffenreffer | David I. Lough (David Haffenreffer, Noel Field, Jr., Paul A. Silver) | Attorney-client |
| 12/21/04 | Email | Noel Field, Jr. | David I. Lough, David Haffenreffer, Karl Haffenreffer (Paul A. Silver) | Attorney-client |
| 2/1/05 | Email | David I. Lough | Karl Haffenreffer | Attorney-client |
| 5/25/05 | Email | David Haffenreffer | Karl Haffenreffer, David I. Lough (David Haffenreffer, Noel Field, Jr., Paul A. Silver, chasseurg@aol.com) | Attorney-client |
| 5/10/06 | Email | Karl Haffenreffer | David Haffenreffer, Noel Field, Jr. (Paul Silver, David Lough, David Riedel, Daniel Prentiss) | Attorney-client |
| 5/10/06 | Memo | Karl Haffenreffer | David Haffenreffer, Noel M. Field, Jr. (Paul A. Silver, David I. Lough, David T. Riedel, R. Daniel Prentiss) | Attorney-client |
| 5/11/06 | Email | Noel Field, Jr. | Karl Haffenreffer, David Haffenreffer (Paul Silver, David Lough, David Riedel, Daniel Prentiss) | Attorney-client |
| 5/19/06 | Email | Karl Haffenreffer | David Lough (David Haffenreffer, Noel Field, Jr., Paul Silver, David Riedel, | Attorney-client |

| | | | | |
|---|---|---|---|---|
| | | | Daniel Prentiss) | |
| 5/26/06 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 5/26/06 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 5/26/06 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 5/26/06 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 5/30/06 | Email | David Lough | David Haffenreffer, Karl Haffenreffer, Noel Field, Jr. (Paul Silver) | Attorney-client |
| 5/30/06 | Email | David Haffenreffer | David I. Lough, Karl Haffenreffer, Noel Field, Jr. (Paul A. Silver) | Attorney-client |
| 5/30/06 | Email | Karl Haffenreffer | David Lough | Attorney-client |
| 5/30/06 | Email | Noel Field, Jr. | David Haffenreffer, David I. Lough, Karl Haffenreffer (Paul A. Silver) | Attorney-client |
| 5/31/06 | Email | Karl Haffenreffer | David Haffenreffer, Noel Field, Jr. (David Lough, Paul Silver, Daniel Prentiss) | Attorney-client |
| 5/31/06 | Email | Noel Field, Jr. | David I. Lough, David Haffenreffer, Karl Haffenreffer (Paul A. Silver) | Attorney-client |
| 6/2/06 | Email | David I. Lough | Karl Haffenreffer, Daniel Prentiss (Paul A. Silver, Noel Field, Jr., David Haffenreffer, chasseurg@aol.com) | Attorney-client |
| 6/16/06 | Email | Karl Haffenreffer | David Haffenreffer, Noel Field, Jr., Paul Silver, David Lough | Attorney-client |

801/41/763