**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

## NOTICE OF DEPOSITION

**Deponent:** **Janet Coleman**

**Date:** **Friday, March 2, 2007**

**Time:** **2:00 p.m.**

**Place:** **R. Daniel Prentiss, P.C.**
**One Turks Head Place, Suite 380**
**Providence, RI 02903**

PLEASE TAKE NOTICE that pursuant to Rhode Island Rules of Civil Procedure, Rule 30, Plaintiff's counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the office of R. Daniel Prentiss, P.C., at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

KARL HAFFENREFFER

By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 26 day of February, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/R. Daniel Prentiss

801/41/1485