**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

**MOTION TO ADJUGE DAVID HAFFENREFFER IN CONTEMPT**

Plaintiff moves, pursuant to Fed. R. Civ. P. Rule 45(e), that David Haffenreffer be deemed in contempt of court for failure to comply with the subpoena duces tecum that was issued to him. A memorandum in support of this motion is appended hereto.

Respectfully submitted,

KARL HAFFENREFFER

By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO ADJUGE DAVID HAFFENREFFER IN CONTEMPT**

Plaintiff moves, pursuant to Fed. R. Civ. P. Rule 45(e), that David Haffenreffer be deemed in contempt of court for failure to comply with the subpoena duces tecum that was issued to him. A copy of the subpoena duces tecum is appended to this motion as Exhibit A, together with a letter from plaintiff's counsel.

During the course of discovery in this matter, on February 9, 2007, plaintiff served David Haffenreffer with a subpoena to testify by deposition. On February 27, 2007, pursuant to the February 9th subpoena, plaintiff took David Haffenreffer's deposition. At the February 27 deposition, David Haffenreffer was represented by Attorney William Landry, who also represents the defendants in this matter. At the February 27th deposition, Landry agreed to accept service on behalf of David Haffenreffer of a subpoena duces tecum to be issued by plaintiff.

Following the deposition, on March 12, 2007, plaintiff forwarded the attached subpoena to David Haffenreffer's counsel.

Despite several written requests, dated April 9, 2007 and June 6, 2007, David Haffenreffer has failed to respond to the subpoena duces tecum. No documents have been produce and no objection has been made.

David Haffenreffer is without any basis to refuse to respond to the subpoena duces tecum.

For these reasons, the plaintiff requests that this Court order that David Haffenreffer be adjudge in contempt of this Court.

Respectfully submitted,

KARL HAFFENREFFER

By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 9th day of July, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/R. Daniel Prentiss

801/41/1877