UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER, Plaintiff | ) | |
| v. | ) | C.A. No. 06-0299/ T |
| WILLIAM COLEMAN and JANET COLEMAN, Defendants | ) | |

**OBJECTION TO MOTION TO ADJUDGE IN CONTEMPT**

David Haffenreffer, through the undersigned counsel, hereby objects to plaintiff's Motion to Adjudge in Contempt for the reasons set forth in the attached memorandum.

/ s/ William R. Landry

William R. Landry #2494
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

Dated: July 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER, Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-0299/ T |
| | ) | |
| WILLIAM COLEMAN and JANET COLEMAN, Defendants | ) | |

**MEMORANDUM IN OPPOSITION TO**
**MOTION TO ADJUDGE IN CONTEMPT**

This memorandum is submitted in opposition to plaintiff's motion to adjudge David Haffenreffer in contempt for his alleged failure to comply with a subpoena duces tecum. The grounds for this objection are as follows:

- The subpoena duces tecum called for Mr. Haffenreffer to appear to produce documents at 10:00 a.m. on March 21, 2007. (It was issued as a result of comments made by Mr. Haffenreffer at a deposition conducted on or about February 27, 2007 to the effect that he might have a couple of documents relevant to the subject matter of the deposition at his home. He volunteered this information and volunteered to look for them. He cooperated fully and amicably and courteously in the deposition. Plaintiff's motion does not suggest otherwise. Mr. Haffenreffer is a non party to this action.

- The undersigned counsel agreed to accept service of the subpoena and conferred with Mr. Haffenreffer immediately as to whether he was in fact able to locate any responsive documents. Mr. Haffenreffer advised that he could not locate any additional responsive documents, and the undersigned counsel promptly so informed plaintiff's counsel. (Plaintiff's motion concedes as much.) Hence, nothing occurred at plaintiff's counsel's office at 10:00 a.m. on March 21, 2007.

- The undersigned coonsul did not timely confirm in writing that Mr. Haffenreffer had no such documents. However, Mr. Haffenreffer did everything he was asked to do and is certainly not guilty of any manner of contempt - willful or otherwise.
- The undersigned counsel has formally confirmed to plaintiff's counsel that Mr. Haffenreffer has no documents responsive to the subpoena.

/ s/ William R. Landry

William R. Landry #2494
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

Dated: July 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, as follows:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

/ s/ William R. Landry