BLISH & CAVANAGH LLP

COUNSELLORS AT LAW

July 26, 2007

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Staci L. Kolb
Mary Cavanagh Dunn
Joseph V. Cavanagh, III

**Re: Karl Haffenreffer**
**Vs: William Coleman**
**C.A. No. 06-299 T**

Dear Dan:

This will confirm in writing - albeit belatedly - my earlier response to you that Mr. Haffenreffer does not in fact have any additional documents responsive to the subpoena.

Sincerely,

William R. Landry

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542
www.blishcavlaw.com