# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |
| | : | |

## ENTRY OF APPEARANCE

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of plaintiff Karl Haffenreffer in the above-referenced matter.

Respectfully submitted,

/s/ Seth Yurdin
Seth Yurdin (#7407)
**R. DANIEL PRENTISS, P.C.**
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

# CERTIFICATION

I hereby certify that on this 27th day of December, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/ Seth Yurdin

801/41/2311