UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE

The plaintiff Karl Haffenreffer ("Karl") in this civil action seeks a declaration that a purported letter agreement executed by David Haffenreffer and the defendants William and Janet Coleman ("David's Letter") has no legal effect on the estate of Carolyn B. Haffenreffer ("Estate"). The defendants have identified as a trial exhibit a letter written to them by counsel to the Estate as part of an effort to resolve the issue of the defendants' potential claims against the Estate. As such, the letter is inadmissible under Rule 408 of the Federal Rules of Evidence as an offer of compromise.

In November, 2002, Mrs. Haffenreffer was still living, but was not competent to manage her affairs. David Haffenreffer ("David") acted as her attorney in fact, pursuant to a power of attorney that she had executed some years earlier, in consultation with Mrs. Haffenreffer's personal counsel, Noel M. Field, Jr. (who was also an executor under her will, along with David and Karl), and her estate counsel, Hinckley Allen & Snyder. In 2001, 2002, and

again in 2003, David had worked actively with Field, Hinckley Allen & Snyder and the plaintiff Karl Haffenreffer on several real estate transactions with Mrs. Haffenreffer's property, gifting property and development rights to environmental organizations.

David undertook to write and execute David's Letter with the Colemans, however, without consultation with, or even notification of, his mother's lawyer, her estate counsel, or his brother. They were not informed of the existence of David's Letter until December, 2003, a few days after Mrs. Haffenreffer passed away.

Mrs. Haffenreffer's will required her executors to sell her property that was not acquired under certain will procedures by members of her family. The existence of David's Letter, which purported to give the Colemans a right of first refusal on such property, presented a potential difficulty in the marketing of the property for sale. Consequently, after discussions among the executors and counsel seeking to obtain an informal waiver or dissolution of David's Letter by the Colemans were unsuccessful, the Estate's counsel on November 17, 2004 wrote the Colemans requesting their agreement to "clarify" and "modify" the so-called agreement of November 1, 2002. The effect of the requested modification and clarification would have restricted the scope of the agreement to a single lot, and modified the price determination mechanism. The executors offered this compromise as an expedient to removing the open-ended scope of David's Letter. As written,

David's Letter purported to grant rights to the Colemans as to all property owned by the Estate that was not taken by a family member. The Colemans never countersigned the letter.

The November 17, 2004 Hinckley Allen & Snyder letter is unquestionably an offer of compromise, intended to resolve a live dispute before it led to litigation. The defendants' only purpose in offering the letter is to attempt to breathe vitality into David's Letter by showing that the executors referred to it as an agreement, and proposed a clarification and modification to it. That is, the defendants seek to use the offer of compromise to "prove liability for ... a claim that was disputed as to validity." Fed. R. Evid. 408(a). This use is precluded by the rule.

Respectfully submitted,

KARL HAFFENREFFER
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 7th day of January, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/R. Daniel Prentiss