**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

**PLAINTIFF'S MOTION IN LIMINE REGARDING CONVERSATIONS WITH CARL W. HAFFENREFFER**

The plaintiff Karl Haffenreffer moves in limine for an order precluding the defendants from mentioning in opening statement or otherwise adverting to alleged oral conversations that they had with Carl W. Haffenreffer, who died in 1999. A memorandum in support of this motion is appended hereto.

Respectfully submitted,

KARL HAFFENREFFER
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 7th day of January, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

William R. Landry, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/R. Daniel Prentiss