# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KARL HAFFENREFFER | : | |
| | : | |
| v. | : | C.A. No. 06-0299-T |
| | : | |
| WILLIAM COLEMAN and JANET COLEMAN | : | |

## CONSENT FINAL JUDGMENT

Judgment shall enter for the plaintiff, Karl Haffenreffer. The Court declares that the purported agreement set forth in a letter dated November 1, 2002, entered into by David H. Haffenreffer, on behalf of Carolyn B. Haffenreffer, and defendants William and Janet Coleman, is invalid and ineffective as a grant of any rights to any real property owned by the Estate of Carolyn B. Haffenreffer, and that the Colemans have no right or interest in any real property now or formerly owned by the Estate of Carolyn B. Haffenreffer.

Dated this 9th day of January, 2008.

Enter: Per Order:

Ernest C. Torres
U.S. Dist. Judge
1/9/08

Ronald Smith

The foregoing final consent judgment is consented to as to form and substance:

Plaintiff

KARL HAFFENREFFER
By his attorneys

**R. DANIEL PRENTISS, P.C.**

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

Defendants

William and Janet Coleman
By their attorneys

**BLISH AND CAVANAGH, LLP**

William R. Landry
30 Exchange Terrace
Providence, RI 02903
Tel: 401-831-8900
Fax: 401-490-7640
wrl@blishcavlaw.com